IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01962-LTB

AMERICAN IMPLEMENT, INC.,

      Plaintiff,

v.

COURTNEY WILSON,
LAYNE ATWATER, and
LARRY HOLLAND,

      Defendants.

_____

ORDER GRANTING
PLAINTIFF'S UNOPPOSED MOTION TO DISMISS CLAIMS
ASSERTED AGAINST DEFENDANT LAYNE ATWATER

_____

THE COURT, having reviewed Plaintiff American Implement, Inc.'s ("American Implement") Unopposed Motion to Dismiss Claims Asserted Against Defendant Layne Atwater (the "Motion") (Doc 15) pursuant to Fed. R. Civ. P. 41(a)(2), and being fully advised in the premises and good cause shown therefor, HEREBY

ORDERS that the Motion shall be and is hereby GRANTED. The claims American Implement asserts in its Complaint [Doc. No. 1] (the "Complaint") only inasmuch as they are asserted against Defendant Layne Atwater (the "Atwater Claims") shall be and are hereby DISMISSED with prejudice, with American Implement and Defendant Layne Atwater to bear its/his own attorneys' fees and costs only with regard to the Atwater Claims; and

FURTHER ORDERS that this Order does not and shall not affect or otherwise alter the claims asserted in the Complaint against Defendants Courtney Wilson and Larry Holland.

BY THE COURT:


    s/Lewis T. Babcock
United States District Court Judge

DATED: October 30, 2012