**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   12-cv-01962-LTB

AMERICAN IMPLEMENT, INC.,

       Plaintiff,

v.

COURTNEY WILSON, and
LARRY HOLLAND,

       Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

     Plaintiff's Unopposed and Joint Motion to Vacate Scheduling Conference and Pretrial Deadlines (Doc 20 - filed November 27, 2012) is **GRANTED**.  Any pretrial deadlines and the Rule 16 Scheduling Conference set **December 11, 2012 are VACATED**.

Dated:   November 28, 2012
_____