IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 12-cv-01962-LTB

AMERICAN IMPLEMENT, INC.,

    Plaintiff,

v.

COURTNEY WILSON, and
LARRY HOLLAND,

    Defendants.

---

**DEFAULT JUDGMENT**

---

PURSUANT to and in accordance with Fed. R. Civ. P. 55(b) and the Order for Default Judgment entered by the Honorable Lewis T. Babcock on November 30, 2012, and incorporated herein by reference as if fully set forth, it is

ORDERED that default judgment is hereby entered in favor of Plaintiff American Implement, Inc., and against Defendant Courtney Wilson in the total sum of $48,160.27, which includes $18,071.73 for the amounts due and owing under the five Loan Contracts/Security Agreements.  It is

FURTHER ORDERED that Defendant Courtney Wilson shall pay reasonable attorney fees in the amount of $28,932.50, incurred to date.  It is

FURTHER ORDERED that Defendant Courtney Wilson shall pay costs of $1,156.04 in bringing this action.  It is

FURTHER ORDERED that post-judgment interest shall accrue at the legal rate of <u>0.18</u>% per annum from the date of entry of judgment.

DATED at Denver, Colorado this  5th   day of December, 2012.

                                          FOR THE COURT:

                                          JEFFREY P. COLWELL, CLERK

                                          By: s/ Edward P. Butler
                                          Edward P. Butler,
                                          Deputy Clerk


APPROVED:


 s/ Lewis T. Babcock
Lewis T. Babcock
United States District Judge