**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-01962-LTB

AMERICAN IMPLEMENT, INC.,

       Plaintiff,

v.

COURTNEY WILSON and
LARRY HOLLAND,

       Defendants.

**ORDER**

       THIS MATTER having come before the Court on the Plaintiff's Unopposed Motion to Dismiss Claims Asserted Against Defendant Larry Holland (Doc 28 - filed December 27, 2012), and the Court being fully advised in the premises, it is therefore

       ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to the claims against Defendant Larry Holland only,** each party to pay their own fees and costs.

       BY THE COURT:

         s/Lewis T. Babcock
       Lewis T. Babcock, Judge

DATED: December 28, 2012